**Roger A. BOWLING, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 03–3252.

United States Court of Appeals, Federal Circuit.

March 23, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).